# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REBA G. WEAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-07-361-FHS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to this court's order of March 18, 2009, affirming this action, the court orders judgment entered for the defendant and against the plaintiff in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 18th day of March 2009.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma